■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE DEKLE, Appellant. [597 NYS2d 597] —Judgments, Supreme Court, New York County (Clifford A. Scott, J.), rendered December 19, 1991, convicting defendant, upon his pleas of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to two concurrent terms of 4½ to 9 years, unanimously affirmed.

Defendant's pretrial motions to suppress physical evidence were properly denied without a hearing since his motion papers contained only legal conclusions and conclusory allegations that failed to show that the evidence was unlawfully seized (CPL 710.60 [3]; *People v Kitchen,* 162 AD2d 178, *lv denied* 76 NY2d 941). Defendant's most specific assertion— that of the time of the first arrest and immediately prior thereto he was doing nothing but standing on the street—is merely a pro forma legal conclusion of innocence that does not warrant a hearing *(People v Covington,* 144 AD2d 238, *lv denied* 73 NY2d 890). Concur—Carro, J. P., Wallach, Asch and Rubin, JJ.